# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: ) Chapter 7 / ~~13~~

)
)
Debtor(s) ) Case No. 13-20059-TPA
)

## PETITION FOR UNCLAIMED FUNDS AND ORDER THEREON

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. Pursuant to 11 U. S. C. § 347(a) of the Bankruptcy Code, the trustee in this case paid (deposited) this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was subsequently deposited in the United States Treasury.

2. I am petitioning to receive the total amount of $ 2437.14 on behalf of the creditor Ralph E. Jackson Jr, Rita S. Jackson

3. [Please check and complete the applicable subparagraph below and attach requested information]:

   [X] A. I am the creditor named in paragraph 2 and full proof of my right to the unclaimed funds is as follows:

   [ ] copy of original proof of claim (attach copy)
      or
   [X] copy of trustee's final report showing name of creditor owed the original funds (attach copy)
   [X] copy of creditor's driver's license, passport or other current, valid proof of identity (attach copy)
   ~~9702~~ social security number
   ~~4110~~ or
   _____ tax payer identification number

   [ ] B. I am an employee of the creditor named in paragraph 2 and my title is _____. I am authorized by the creditor to file this petition as provided by my employer's authorizing signature
   [ ] herein or
   [ ] by the creditor's attached written authorization.

   [ ] C. I am the lawful attorney-in-fact for the creditor named in paragraph 2 and I am duly authorized by the attached original notarized power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s): (describe below or use attachment if insufficient space is provided)

☐ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim): (describe below or use attachment if insufficient space is provided)

4. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

5. I understand that, pursuant to 18 U.S.C. §152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. On __9-28-16__ a copy of this document (fully completed) was mailed to (date)    the U.S. Attorney, at P.O. BOX 309, SCRANTON, PA 18501, per 28 U.S.C. §2042.

Executed on __9-28-16__
(date)

*Rita S. Jackson*
*Ralph E Jackson*
Petitioner's Signature
Rita S. Jackson
Ralph E Jackson
Type or Print Petitioner's Name

Comm of PA
Allegheny Co.

Sworn to and subscribed before me
this __28__ day of __Sept__, 20__16__.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
George Mervosh III, Notary Public
West Deer Twp., Allegheny County
My Commission Expires Aug. 14, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

_____
Employer-Creditor's Signature

_____
Type or Print Employer-Creditor's Name

__104 Governors Lane, Tarentum Pa. 15084    724-351-0403__
Petitioner's or Employer-Creditor's Address and Phone Number

APPROVED AS TO FORM:

_____
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED:

_____
Judge






State Farm Mutual Automobile Insurance Company
One State Farm Dr.
Concordville, PA 19339-0001



AT2    003119 0008    A-6748    A
JACKSON, RALPH & RITA
104 GOVERNORS LN
TARENTUM PA 15084-2918

## AUTO RENEWAL

**PREMIUM PAID: $447.79**
DO NOT PAY.
Your premium is billed through the State Farm Payment Plan
State Farm Payment Plan Number: 1115072213

**Your State Farm Agent**
J RINKER INSURANCE AGENCY INC
Office: 724-443-6280
Address: PO BOX 556
GIBSONIA, PA 15044-0556

If you have a new or different car, have added any drivers, or have moved, please contact your agent.

**Policy Number:**
Policy Period: June 27, 2016 to December 27, 2016

**Vehicles:**
1   1988 FORD F150
2   1988 CHEVROLET C1500
3   1997 PONTIAC GRAND PRIX

**Principal Drivers:**
| Vehicle | Principal Driver |
|---|---|
| 1 | RITA JACKSON |
| 2 | RALPH JACKSON |
| 3 | RITA JACKSON |

Continued payment of your State Farm Payment Plan bill keeps the coverage shown in force until DEC 27 2016. Other coverages shown on your policy are currently suspended.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use

(continued on next page)

Policy Number: 190 2342-F27-38G
Prepared May 18, 2016
1004583

Page number 1 of 5

143562 201 11-12-2014



## Retirement planning shouldn't feel like work.

You work hard so that one day you won't have to.
We'll do the work of helping you prepare.

Call your State Farm® agent today.

TP13

**Allegheny Equine**

5015 Sampson Lane  
Murrysville, PA 15668  
www.alleghenyequine.net  

Tel: 724-325-4615  
Fax: 724-327-8302  
office@alleghenyequine.net  

# Account Statement

Rita Jackson  
104 Governors Lane  
Tarentum, PA 15084  

| Range: | Jun-01-16 to Jun-30-16 |
| --- | --- |
| Printed: | Jul-05-16 02:03 PM |

| Account: | Name | Number |
| --- | --- | --- |
| | Rita Jackson | 11091 |

| Date | Reference # | Description | Patient | Invoice Total | Balance |
| --- | --- | --- | --- | --- | --- |
| | | | Balance carried forward from 'Jun-01-2016': | | $250.00 |
| Jun-27-2016 | P[48245] | Payment | | $(50.00) | $200.00 |

| | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151+ | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Balances: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 |

< Totals based on statement date of 'Jun 30, 2016' >

---

Cut here and return with payment

Rita Jackson  
104 Governors Lane  
Tarentum, PA 15084  

Printed: Jul-05-16 02:03 PM

**Please remit with payment**

| Account: | Name | Number |
| --- | --- | --- |
| | Rita Jackson | 11091 |
| Balance: | $ 200.00 | |
| Paid: | _____ (Please write amount) | |

Allegheny Equine

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 13-20059-TPA |
| Ralph Elmer Jackson and | : | |
| Rita Susan Jackson, | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Ralph Elmer Jackson and | : | Document No. 72 |
| Rita Susan Jackson, | : | |
|     Movants | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| Wells Fargo Bank, | : | |
| National Association, | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Additional | : | |
|     Respondent | : | |

## MOTION FOR STATUS CONFERENCE

**NOW COME** the Debtors, Ralph Elmer Jackson and Rita Susan Jackson, by and through their attorneys, Paul W. McElrath, Jr., Esquire and Jason J. Mazzei, Esquire, of the law firm Mazzei & Associates, and file the within Motion for Status Conference, and in support of aver as follows:

1. The Debtors are Ralph Elmer Jackson and Rita Susan Jackson, adult individuals presently residing at 104 Governors Lane, Tarentum, Pennsylvania 15084.

2. The Debtors are the Movants in the above-captioned bankruptcy case.

3. The Respondent is Wells Fargo Bank, National Association, a mortgage lending institution doing business in the Western District of Pennsylvania, and at all times relevant hereto, utilized the mailing address of One Home Campus, Des Monies, Iowa 50328.

4. Ronda J. Winnecour, Esquire is the chapter 13 trustee appointed in this case.

Case # 13-20059

Judge Thomas P. Agresi

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

**U.S. STEEL TOWER - SUITE 3250**
**600 GRANT STREET**
**PITTSBURGH, PA 15219**
**TELEPHONE: (412) 471-5566** ← Trustee Winnecour
**FAX: (412) 471-5470**
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
05/05/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>412-644-2700 | 54Th<br>OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: RALPH ELMER JACKSON
RITA SUSAN JACKSON
Case No: 13-20059TPA

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Wells Fargo Bank Na
One Home Campus
Mac# X2302-04C
Des Moines, IA 50328

CHECK NUMBER 988124      AMOUNT $2437.14

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

1665.00

CC: PAUL W MCELRATH JR ESQ
RALPH ELMER JACKSON
RITA SUSAN JACKSON
Wells Fargo Bank Na

412 765-3606

Tomorrow June 30th 1pm Phone

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RALPH ELMER JACKSON
RITA SUSAN JACKSON
Debtor(s)

Case No.:13-20059 TPA

Ronda J. Winnecour
Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2013 and confirmed on 04/26/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 31,478.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,478.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,902.26 | |
| Trustee Fee | 1,124.16 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,026.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WELLS FARGO BANK NA<br>Acct: 3009 | 11,073.22 | 11,073.22 | 0.00 | 11,073.22 |
| PENNYMAC HOLDINGS LLC<br>Acct: 6080 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 3009 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>Acct: 3009 | 0.00 | 13,941.22 | 0.00 | 13,941.22 |
| WELLS FARGO BANK NA<br>Acct: XXXXXXXXX1/13 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 2K67 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: S114 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 25,014.44 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 1,634.06 | 836.32 | 0.00 | 0.00 |
| RALPH ELMER JACKSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

13-20059 TPA  **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**  Page 2 of 4

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MAZZEI AND ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JASON MAZZEI ESQ<br>Acct: | 2,065.94 | 2,065.94 | 0.00 | 0.00 |
| JASON MAZZEI ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXXXXXXXXXXGAGE | 2,437.14 | 2,437.14 | 0.00 | 2,437.14 |
| | | | | 2,437.14 |
| **Unsecured** | | | | |
| GEMB/JCPENNEY++<br>Acct: 4148 | 0.00 | 0.00 | 0.00 | 0.00 |
| AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 7851 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY IMAGING OF MCCANDLESS+<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIANCE ONE<br>Acct: 8867 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS++<br>Acct: 7754 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: WTMI | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: 70P4 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: LTV6 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 0800 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 4439 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 3788 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 5112 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 1474 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 7436 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 3669 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: 9963 | 0.00 | 0.00 | 0.00 | 0.00 |
| METABANK/FINGERHUT<br>Acct: 8257 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL**<br>Acct: 9700 | 3,939.48 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4148 | 303.70 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT - MII<br>Acct: 7199 | 731.11 | 0.00 | 0.00 | 0.00 |
| NCEP LLC | 621.72 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7489 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9806 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4110 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 298.70 | 0.00 | 0.00 | 0.00 |
| Acct: 5323 | | | | |
| ROI SVCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0638 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0469 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1041 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1042 | | | | |
| SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1040 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2032 | | | | |
| TORRES CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5372 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 143.02 | 0.00 | 0.00 | 0.00 |
| Acct: 3926 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 177.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2365 | | | | |
| WEST PENN POWER* | 241.94 | 0.00 | 0.00 | 0.00 |
| Acct: 3392 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE CONNORS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6080 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0475 | | | | |
| FIDELITY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7435 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1878 | | | | |
| GMAC MORTGAGE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8780 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5547 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7489 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5323 | | | | |
| MELLON BANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3220 | | | | |
| RECOVERY MGT SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7821 | | | | |
| TW PHILLIPS GAS & OIL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9288 | | | | |
| UPMC PASSAVANT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| 13-20059 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: ? | | | | |
| WEST PENN ALLEGHENY HEALTH SYSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 27,451.58 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 2,437.14 | |
| SECURED | 11,073.22 | |
| UNSECURED | 6,457.34 | |

Date: 05/18/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com