UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Ralph Elmer Jackson and | : |
| Rita Susan Jackson | :   Bankruptcy Case No. 13-20059TPA |
| | : |
| | : |
| Debtor(s)* | : |

# ORDER OF COURT

**WHEREAS** the above-captioned case was closed by previous Order, and the Court is without jurisdiction to consider any further relief being requested,

**NOW THEREFORE,** the **MOTION TO PAY UNCLAIMED FUNDS** is hereby **DENIED** without prejudice to the right to refile said request as a new **MOTION TO PAY UNCLAIMED FUNDS** along with a motion to reopen the case, accompanied by a new filing fee.

| | | |
|---|---|---|
| October 27, 2016 | By: | Thomas P. Agresti |
| Date | | Bankruptcy Judge |

#15c-D

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ralph Elmer Jackson  
Rita Susan Jackson  
       Debtors

Case No. 13-20059-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Oct 27, 2016  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2016.  
db/jdb          +Ralph Elmer Jackson,    Rita Susan Jackson,    104 Governors Lane,    Tarentum, PA 15084-2918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew John Marley    on behalf of Creditor    PennyMac Loan Services, LLC amarley@sterneisenberg.com, ckohn@sterneisenberg.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
         Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Rita Susan Jackson ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Paul W. McElrath, Jr.    on behalf of Debtor Ralph Elmer Jackson ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                          TOTAL: 9