# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CASE NAME**          Ralph Elmer Jackson and Rita Susan Jackson

**CASE NO.**           13-20059-TPA

**RELATED TO          137
DOCUMENT NO.**

# NOTICE REGARDING
# NONCONFORMING DOCUMENT

The **MOTION TO PAY UNCLAIMED FUNDS** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

You must file a Proposed Order within ten (10) days of the date of this notice. Also, this pleading indicates that the jurisdiction is "United States Bankruptcy Court For The Middle District of Pennsylvania" when it should state that it is the "United States Bankruptcy Court For the Western District of Pennsylvania." Finally, no Personal Identifiers, such as, (1) Social Security Numbers, (2) Driver's License Numbers, (3) Dates of Birth or (4) Account Numbers should be listed on any documents filed with the Court. When re-filing the Motion and Proposed Order all deficiencies must be corrected.

If you fail to meet this deadline, the **MOTION TO PAY UNCLAIMED FUNDS** that you filed may be stricken.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.**

| October 27, 2016 | Gerri Lynn Brown |
|---|---|
| Date | Deputy Clerk |

#100c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ralph Elmer Jackson  
Rita Susan Jackson  
       Debtors

Case No. 13-20059-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Oct 27, 2016  
                          Form ID: pdf901      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2016.  
db/jdb        +Ralph Elmer Jackson,    Rita Susan Jackson,    104 Governors Lane,    Tarentum, PA 15084-2918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew John Marley    on behalf of Creditor    PennyMac Loan Services, LLC
         amarley@sterneisenberg.com,   ckohn@sterneisenberg.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
         Kimberly A. Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Rita Susan Jackson ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
         Paul W. McElrath, Jr.    on behalf of Debtor Ralph Elmer Jackson ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                            TOTAL: 9